UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KLAUS BIESENBACH,

        Plaintiff,

    v.

JOHN DOE 1,

        Defendant.

Case No.  25-cv-10379-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 9

On January 23, 2026, I issued an Order in this case adopting Magistrate Judge Thomas Hixon's December 12, 2025, Report and Recommendation in part.  *See* Dkt. No. 9.  In the Order, I dismissed pro se plaintiff Klay Biesenbach's complaint with leave to amend within 30 days.  *Id.* at 2.  I explained that any failure to file a complaint by the deadline may result in a dismissal of the action pursuant to Fed. R. Civ. P. 41(b).

Any amended complaint was due on February 23, 2026.  As of today's date, Mr. Biesenbach has filed no amended complaint.  Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: March 3, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California